**Order entered November 4, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00835-CV

**VIKING HEALTHCARE, LLC, Appellant**

**V.**

**ZEIG ELECTRIC, INC., Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-10-0868**

## ORDER

We **GRANT** appellant's November 3, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than November 25, 2015.

/s/    CRAIG STODDART
        JUSTICE